JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CHIMA,<br><br>              Petitioner,<br><br>     v.<br><br>CHRISTIAN PFEIFFER, et. al.,<br><br>              Respondent. | Case No. CV 21-7035-VAP(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: February 22, 2022

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE